# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **PETER R. CLIFFORD,** | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:14-CV-275-DBH |
| | ) | |
| **CAROLYN W. COLVIN, ACTING** | ) | |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On May 11, 2016, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Petition for Attorney Fees. Objections and responses to objections were filed by both parties.  I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The plaintiff's Petition for Attorney Fees is **GRANTED IN PART**.  The plaintiff is awarded attorney fees of $5,701.80 and costs of $400.

**SO ORDERED.**

**DATED THIS 28TH DAY OF JUNE, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**